

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00724-CV

Jesse **VEGA**,
Appellant

v.

**AUTOZONE WEST, INC.** d/b/a Autozone and Autozone,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07217
Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial is REVERSED and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant Jesse Vega recover his costs of this appeal from appellee AutoZone West, Inc.

SIGNED June 5, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice